JS-6

Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA CAMPOS,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED RECOVERY SYSTEMS, LP,<br><br>Defendant. | Case No. 2:10-cv-08748-GAF-FFM<br><br>ORDER ON<br>**NOTICE OF VOLUNTARY<br>DISMISSAL WITH PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the Central District Court of California, Plaintiff's Notice of Voluntary Dismissal With Prejudice, a copy of which is hereby served upon Defendant.

RESPECTFULLY SUBMITTED this 21st day of March, 2011.

By: s/Todd M. Friedman
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

IT IS SO ORDERED.

DATED: March 28, 2011

_/s/ Gary Feess_
UNITED STATES DISTRICT JUDGE

Notice of Dismissal - 1

Filed electronically on this 21st day of March, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 21st day of March, 2011, via the ECF system to:

Honorable Gary A. Feess
Judge of the United States District Court
Central District of California

Tomio B Narita
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816

Jeffrey A Topor
Simmonds & Narita LLP
44 Montgomery Street Suite 3010
San Francisco, CA 94104-4816

By: s/Todd M. Friedman
    Todd M. Friedman